LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
  *perry.viscounty@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
714.540.1235 / 714.755.8290 (Fax)

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
  *jennifer.barry@lw.com*
  Patrick C. Justman (Bar No. 281324)
  *patrick.justman@lw.com*
  Adam A. Herrera (Bar No. 328043)
  *adam.herrera@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 / 858.523.5450 (Fax)

Attorneys for Plaintiff
Entrepreneur Media, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY J. ALFONSO, an individual; ORIGINAL BUSINESS MEDIA, LLC, a Missouri limited liability company; and DOES 1-10,<br><br>Defendants. | CASE NO. 8:21-cv-00644-DOC-JDE<br><br>**DECLARATION OF ADAM A. HERRERA IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ORIGINAL BUSINESS MEDIA, LLC**<br><br>Judge:    Hon. David O. Carter<br>Date:     July 19, 2021<br>Time:    8:30 a.m.<br>Location: Courtroom 9D |

I, Adam A. Herrera, hereby declare the following:

1. I am an associate with the law firm of Latham & Watkins LLP, counsel for Plaintiff Entrepreneur Media, Inc. ("EMI") in this action. I am licensed to practice law in the State of California and admitted before this Court.

2. The facts set forth below are within my personal knowledge, to which I could and would testify competently if called upon to do so.

3. I submit this declaration in support of EMI's Application for Default Judgment against Defendant Original Business Media, LLC ("Defendant").

4. EMI filed its Complaint against Defendant on April 6, 2021. *See* Dkt. No. 1.

5. Defendant was duly served with the Complaint and all other necessary pleadings, court orders, and scheduling materials on April 27, 2021. Dkt. No. 18.

6. Defendant failed to file a responsive pleading by the May 18, 2021 response deadline. To date, Defendant has not answered or otherwise responded to the Complaint or appeared in this matter.

7. On May 26, 2021, the Clerk of Court entered default against Defendant. *See* Dkt. No. 20.

8. To my knowledge, Defendant is not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) of 1940.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of June, 2021 at Murrieta, California.

_____
Adam A. Herrera